# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,984,064**
**Registered June 21, 2016**
**Int. Cls.: 25 and 41**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

THE FLORIDA STATE UNIVERSITY (FLORIDA PUBLIC BODY CORPORATE)
THE FLORIDA STATE UNIVERSITY
424 WESTCOTT BUILDING
TALLAHASSEE, FL 32306

FOR: CLOTHING FOR MEN, WOMEN, AND CHILDREN, NAMELY, SHIRTS, SWEATSHIRTS, HOODED SWEATSHIRTS, SWEATERS, PANTS, SWEATPANTS, LEGGINGS, SHORTS, DRESSES, SKIRTS, UNDERGARMENTS, SWIM SUITS, ATHLETIC UNIFORMS, REPLICA JERSEYS, COATS, JACKETS, VESTS, SINGLETS, NIGHTSHIRTS, PAJAMAS, PAJAMA BOTTOMS, SOCKS, HEADBANDS, WRIST BANDS, BELTS, SUSPENDERS, GLOVES, SCARVES, TIES; FOOTWEAR; HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-2014; IN COMMERCE 0-0-2014.

FOR: ENTERTAINMENT AND EDUCATIONAL SERVICES, NAMELY, PROVIDING COURSES OF INSTRUCTION AT THE UNIVERSITY LEVEL; ARRANGING AND CONDUCTING ATHLETIC COMPETITIONS, ATHLETIC EVENTS, ATHLETIC TOURNAMENTS, AND ATHLETIC EXHIBITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-2014; IN COMMERCE 0-0-2014.

OWNER OF U.S. REG. NOS. 1,276,238 AND 2,623,851.

THE MARK CONSISTS OF THE IMAGE OF A SEMINOLE WARRIOR'S HEAD INSIDE A CIRCLE. THE SEMINOLE WARRIOR HAS A FEATHER ATTACHED TO HIS HEAD. THE LETTERS "FSU" ARE CONTAINED INSIDE A CIRCLE ATTACHED TO THE FEATHER. THE SEMINOLE WARRIOR HAS TWO STRIPES ON HIS FACE.

SN 86-403,097, FILED 9-23-2014.

KATHY DE JONGE, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.


United States Patent and Trademark Office

*Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News*

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Nov 22 03:47:23 EST 2021

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start]  List At: [     ]  OR  [Jump]  to record: [     ]   **Record 2 out of 6**

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | FSU |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing for men, women, and children, namely, shirts, sweatshirts, hooded sweatshirts, sweaters, pants, sweatpants, leggings, shorts, dresses, skirts, undergarments, swim suits, athletic uniforms, replica jerseys, coats, jackets, vests, singlets, nightshirts, pajamas, pajama bottoms, socks, headbands, wrist bands, belts, suspenders, gloves, scarves, ties; footwear; headwear. FIRST USE: 20140000. FIRST USE IN COMMERCE: 20140000<br><br>IC 041. US 100 101 107. G & S: Entertainment and educational services, namely, providing courses of instruction at the university level; arranging and conducting athletic competitions, athletic events, athletic tournaments, and athletic exhibitions. FIRST USE: 20140000. FIRST USE IN COMMERCE: 20140000 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.01.09 - Indians, American (men) ; Men, American Indians ; Native Americans (men)<br>03.17.02 - Feathers<br>26.01.17 - Circles, two concentric ; Concentric circles, two ; Two concentric circles<br>26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | 86403097 |
| **Filing Date** | September 23, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 18, 2015 |
| **Registration Number** | 4984064 |
| **Registration** | June 21, 2016 |

| | |
|---|---|
| Date | |
| Owner | (REGISTRANT) The Florida State University public body corporate FLORIDA Westcott Building 222 South Copeland Street, Suite 424 Tallahassee FLORIDA 323061400 |
| Attorney of Record | Oliver A. Ruiz |
| Prior Registrations | 1276238;2623851 |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of the image of a Seminole warrior's head inside a circle. The Seminole warrior has a feather attached to his head. The letters "FSU" are contained inside a circle attached to the feather. The Seminole warrior has two stripes on his face. |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cls.: **25 and 41**

Prior U.S. Cls.: **22, 39, 100, 101 and 107**

**United States Patent and Trademark Office**

Reg. No. **2,623,851**
Registered Sep. 24, 2002

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



FLORIDA STATE UNIVERSITY, THE (FLORIDA STATE UNIVERSITY)
TALLAHASSEE, FL 32306 , BY CHANGE OF NAME FLORIDA BOARD OF REGENTS, FOR AND ON BEHALF OF FLORIDA STATE UNIVERSITY (FLORIDA BODY CORPORATE) TALLAHASSEE, FL 32306

FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS, SWEAT SUITS, SWEAT SHIRTS, SWEAT PANTS, SHORTS, CAPS, HATS, VISORS AND TIES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-1972; IN COMMERCE 11-0-1972.

FOR: EDUCATION AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING COURSES OF INSTRUCTION AT THE UNIVERSITY LEVEL, EDUCATIONAL RESEARCH, AND ARRANGING AND CONDUCTING ATHLETIC SPORTING EVENTS, TOURNAMENTS, EXHIBITIONS, CONFERENCES, LIVE PERFORMANCES AND FESTIVALS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-0-1972; IN COMMERCE 11-0-1972.

OWNER OF U.S. REG. NOS. 1,267,391 AND 1,276,238.

SEC. 2(F) AS TO "FLORIDA STATE".

SER. NO. 76-219,842, FILED 3-5-2001.

GENE MACIOL, EXAMINING ATTORNEY



United States Patent and Trademark Office

*Home* | *Site Index* | *Search* | *FAQ* | *Glossary* | *Contacts* | *eBusiness* | *eBiz alerts* | *News*

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Nov 29 03:17:23 EST 2021

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

[Logout]  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | FLORIDA STATE |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely, shirts, t-shirts, sweat suits, sweat shirts, sweat pants, shorts, caps, hats, visors and ties. FIRST USE: 19721100. FIRST USE IN COMMERCE: 19721100 |
| | IC 041. US 100 101 107. G & S: education and entertainment services, namely, providing courses of instruction at the university level, educational research, and arranging and conducting athletic sporting events, tournaments, exhibitions, conferences, live performances and festivals. FIRST USE: 19721100. FIRST USE IN COMMERCE: 19721100 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.01.09 - Indians, American (men) ; Men, American Indians ; Native Americans (men)<br>02.01.37 - Busts of men in profile ; Heads of men in profile ; Men - heads, portraiture, or busts in profile ; Portraiture of men in profile<br>26.01.01 - Circles as carriers or as single line borders<br>26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | 76219842 |
| **Filing Date** | March 5, 2001 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 2, 2002 |
| **Registration Number** | **2623851** |
| **Registration Date** | September 24, 2002 |
| **Owner** | (REGISTRANT) FLORIDA STATE UNIVERSITY, THE STATE UNIVERSITY FLORIDA Westcott Building 222 South Copeland Street, Suite 424 Tallahassee FLORIDA 323061400 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Oliver A. Ruiz |

| | |
|---|---|
| **Prior Registrations** | 1267391;1276238 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL-2(F)-IN PART |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20121105. |
| **Renewal** | 1ST RENEWAL 20121105 |
| **Live/Dead Indicator** | LIVE |
| **Distinctiveness Limitation Statement** | as to "FLORIDA STATE" |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.**HOME** | **SITE INDEX**| **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**

Int. Cls.: 25, 41 and 42

Prior U.S. Cls.: 39, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 1,276,238
Registered May 1, 1984

## TRADEMARK
## SERVICE MARK
Principal Register



The Florida State University (Florida corporation)
Tallahassee, Fla. 32306

For: CLOTHING—NAMELY, T-SHIRTS, POLO SHIRTS, SOCKS, HATS, CAPS AND SUNVISORS, JACKETS, SWEAT SHIRTS, FOOTBALL JERSEYS, CAPES, WARM-UP SUITS, in CLASS 25 (U.S. Cl. 39).

First use Nov. 1972; in commerce Nov. 1972.

For: PROVIDING INTERCOLLEGIATE ATHLETIC EXHIBITIONS THROUGH THE MEDIUM OF TELEVISION, in CLASS 41 (U.S. Cl. 107).

First use Nov. 1972; in commerce Nov. 1972.

For: RETAIL STORE AND MAIL ORDER SERVICES IN THE FIELD OF CLOTHING, JEWELRY, AND MISCELLANEOUS GIFT ITEMS, in CLASS 42 (U.S. Cl. 101).

First use Nov. 1972; in commerce Nov. 1972.

No claim is made to the exclusive right to use the word "State", apart from the mark as shown.

The lining and/or stippling shown is a feature of the mark and does not indicate color.

Ser. No. 275,135, filed Aug. 22, 1980.

MARIA E. HOLLERAN RIVERA, Examining Attorney



United States Patent and Trademark Office

*Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News*

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Nov 29 03:17:23 EST 2021

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] **( Use the "Back" button of the Internet Browser to return to TESS)**



| | |
|---|---|
| **Word Mark** | STATE |
| **Goods and Services** | IC 025. US 039. G & S: Clothing-Namely, T-Shirts, Polo Shirts, Socks, Hats, Caps and Sunvisors, Jackets, Sweat Shirts, Football Jerseys, Capes, Warm-Up Suits. FIRST USE: 19721100. FIRST USE IN COMMERCE: 19721100 |
| | IC 041. US 107. G & S: Providing Intercollegiate Athletic Exhibitions Through the Medium of Television. FIRST USE: 19721100. FIRST USE IN COMMERCE: 19721100 |
| | IC 042. US 101. G & S: Retail Store and Mail Order Services in the Field of Clothing, Jewelry, and Miscellaneous Gift Items. FIRST USE: 19721100. FIRST USE IN COMMERCE: 19721100 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.01.09 - Indians, American (men) ; Men, American Indians ; Native Americans (men) |
| | 02.01.37 - Busts of men in profile ; Heads of men in profile ; Men - heads, portraiture, or busts in profile ; Portraiture of men in profile |
| | 26.01.01 - Circles as carriers or as single line borders |
| **Serial Number** | 73275135 |
| **Filing Date** | August 22, 1980 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 1, 1983 |
| **Registration Number** | **1276238** |
| **Registration Date** | May 1, 1984 |
| **Owner** | (REGISTRANT) Florida State University, The CORPORATION FLORIDA Westcott Building 222 South Copeland Street, Suite 424 Tallahassee FLORIDA 323061400 |

| | |
|---|---|
| **Attorney of Record** | Oliver A. Ruiz |
| **Disclaimer** | No claim is made to the exclusive right to use the word "State", apart from the mark as shown. |
| **Description of Mark** | The lining and/or stippling shown is a feature of the mark and does not indicate color. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20140127. |
| **Renewal** | 2ND RENEWAL 20140127 |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,641,958
Registered Oct. 29, 2002

## TRADEMARK
### PRINCIPAL REGISTER

### FSU

FLORIDA BOARD OF REGENTS FOR AND ON BEHALF OF FLORIDA STATE UNIVERSITY (FLORIDA BODY CORPORATE)
TALLAHASSEE, FL 32306

FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS, SWEAT SUITS, SWEAT SHIRTS, SWEAT PANTS, SHORTS, CAPS, HATS, VISORS AND TIES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1947; IN COMMERCE 0-0-1947.

SER. NO. 76-219,531, FILED 3-5-2001.

LISA LEIZEAR, EXAMINING ATTORNEY

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Nov 22 03:47:23 EST 2021

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start]  List At: [    ]  OR  [Jump]  to record: [    ]    **Record 8 out of 8**

[TSDR]  [ASSIGN Status]  [TTAB Status]    *( Use the "Back" button of the Internet Browser to return to TESS)*

### FSU

| | |
|---|---|
| **Word Mark** | FSU |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely, shirts, t-shirts, sweat suits, sweat shirts, sweat pants, shorts, caps, hats, visors and ties. FIRST USE: 19470500. FIRST USE IN COMMERCE: 19470000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76219531 |
| **Filing Date** | March 5, 2001 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 6, 2002 |
| **Registration Number** | 2641958 |
| **Registration Date** | October 29, 2002 |
| **Owner** | (REGISTRANT) Florida Board of Regents for and on Behalf of Florida State University BODY CORPORATE FLORIDA Westcott Building 222 South Copeland Street, Suite 424 Tallahassee FLORIDA 323061400 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Oliver A. Ruiz |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20121105. |

| | |
|---|---|
| **Renewal** | 1ST RENEWAL 20121105 |
| **Live/Dead Indicator** | **LIVE** |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



# FLORIDA STATE

**Reg. No. 3,816,492**  
**Registered July 13, 2010**

**Int. Cls.: 25 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FLORIDA STATE UNIVERSITY, THE (FLORIDA PUBLIC BODY CORPORATE)
FLORIDA STATE UNIVERSITY
TALLAHASSEE, FL 32306

FOR: BASEBALL CAPS, T-SHIRTS, KNIT HATS, TANK TOPS, SWEATSHIRTS, JERSEYS (BASKETBALL AND FOOTBALL), WINDSHIRTS, JACKETS, SOCKS, SHORTS, AND SWEATPANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1954; IN COMMERCE 0-0-1954.

FOR: EDUCATION AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING COURSES OF INSTRUCTION AT THE UNIVERSITY LEVEL; EDUCATIONAL RESEARCH; ARRANGING AND CONDUCTING ATHLETIC EVENTS AND TOURNAMENTS, EXHIBITIONS, CONFERENCES, LIVE PERFORMANCES AND FESTIVALS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1954; IN COMMERCE 0-0-1954.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,604,153 AND 2,815,371.

SEC. 2(F).

SER. NO. 77-744,651, FILED 5-26-2009.

CAROLYN CATALDO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Nov 29 03:17:23 EST 2021

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

*( Use the "Back" button of the Internet Browser to return to TESS)*

# FLORIDA STATE

| | |
|---|---|
| **Word Mark** | FLORIDA STATE |
| **Goods and Services** | IC 025. US 022 039. G & S: Baseball caps, t-shirts, knit hats, tank tops, sweatshirts, jerseys (basketball and football), windshirts, jackets, socks, shorts, and sweatpants. FIRST USE: 19540000. FIRST USE IN COMMERCE: 19540000 |
| | IC 041. US 100 101 107. G & S: Education and entertainment services, namely, providing courses of instruction at the university level; educational research; arranging and conducting athletic events and tournaments, exhibitions, conferences, live performances and festivals. FIRST USE: 19540000. FIRST USE IN COMMERCE: 19540000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77744651 |
| **Filing Date** | May 26, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 27, 2010 |
| **Registration Number** | 3816492 |
| **Registration Date** | July 13, 2010 |
| **Owner** | (REGISTRANT) Florida State University, The public body corporate FLORIDA Westcott Building 222 South Copeland Street, Suite 424 Tallahassee FLORIDA 323061400 |
| **Attorney of Record** | Oliver A. Ruiz |
| **Prior** | 2604153;2815371 |

| | |
|---|---|
| **Registrations** | |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20200322. |
| **Renewal** | 1ST RENEWAL 20200322 |
| **Live/Dead Indicator** | LIVE |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,803,985
Registered Jan. 13, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## SEMINOLES

FLORIDA STATE UNIVERSITY, THE (FLORIDA UNIVERSITY)
TALLAHASSEE, FL 32306, BY CHANGE OF NAME FLORIDA BOARD OF REGENTS FOR AND ON BEHALF OF FLORIDA STATE UNIVERSITY (FLORIDA FLORIDA BODY CORPORATE) TALLAHASSEE, FL 32306

FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS, SWEAT SUITS, SWEAT SHIRTS, SWEAT PANTS, SHORTS, CAPS, HATS, VISORS AND TIES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1947; IN COMMERCE 0-0-1947.

OWNER OF U.S. REG. NO. 1,272,736.

SER. NO. 76-219,843, FILED 3-5-2001.

GENE MACIOL, EXAMINING ATTORNEY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Nov 22 03:47:23 EST 2021

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: ____ OR Jump to record: ____   **Record 52 out of 62**

*( Use the "Back" button of the Internet Browser to return to TESS)*

# SEMINOLES

| | |
|---|---|
| **Word Mark** | SEMINOLES |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely, shirts, t-shirts, sweat suits, sweat shirts, sweat pants, shorts, caps, hats, visors and ties. FIRST USE: 19470000. FIRST USE IN COMMERCE: 19470000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76219843 |
| **Filing Date** | March 5, 2001 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 9, 2003 |
| **Registration Number** | 2803985 |
| **Registration Date** | January 13, 2004 |
| **Owner** | (REGISTRANT) FLORIDA STATE UNIVERSITY, THE UNIVERSITY FLORIDA Westcott Building 222 South Copeland Street, Suite 424 Tallahassee FLORIDA 323061400 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Oliver A. Ruiz |
| **Prior Registrations** | 1272736 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130820. |
| **Renewal** | 1ST RENEWAL 20130820 |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY |