USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FLORIDA STATE UNIVERSITY; AND THE
FLORIDA STATE UNIVERSITY BOARD OF
TRUSTEES,

        Plaintiffs,

        -against-

THE INDIVIDUALS, CORPORATIOSN, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A TO THE COMPLAINT,

        Defendants.

21 Civ. 10631 (VM)

ORDER

---

**VICTOR MARRERO**, United States District Judge.

        In light of the ongoing public health emergency, the show cause hearing scheduled for Tuesday, December 28, 2021, at 10:00 a.m., will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:    New York, New York
           December 27, 2021

                                          _____
                                                Victor Marrero
                                                  U.S.D.J.