USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FLORIDA STATE UNIVERSITY; FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES,

            Plaintiffs,

- against -

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

            Defendants.

**21 CIV. 10631 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

On September 27, 2022, Florida State University and the Florida State University Board of Trustees (together "Plaintiffs") moved to voluntarily dismiss a defendant identified as "bikebi" as identified on Schedule A to the Complaint ("Bikebi"). (See Dkt. No. 48.) The Court hereby grants Plaintiffs' motion and dismisses Bikebi without prejudice.

**SO ORDERED.**

Dated:    September 29, 2022
           New York, New York

                                        _____
                                          Victor Marrero
                                            U.S.D.J.