UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FLORIDA STATE UNIVERSITY, AND THE
FLORIDA STATE UNIVERSITY BOARD
OF TRUSTEES,

                                            Plaintiffs,

                    21 **CIVIL** 10631 (VM)

                  -against-

                  **DEFAULT JUDGMENT**

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATES
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,
                           Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Decision and Order dated October 14, 2022, the motion of plaintiffs Florida State University and the Florida State University Board of Trustees (together "FSU") for default judgment against the 133 defendants identified in the First Amended Schedule A (the "Defaulting Defendants," Dkt. No. 51-1) is GRANTED, and the motion of FSU for a permanent injunction against the Defaulting Defendants restraining them from engaging in the acts of wrongful infringement FSU alleges in this action (Dkt. No. 50) is GRANTED, and FSU shall be awarded statutory damages of $50,000 per each Defaulting Defendant.

**DATED**: New York, New York
             October 17, 2022

                                                      **RUBY J. KRAJICK**
                                                         **Clerk of Court**

                                       **BY:** *K. Mango*
                                                        **Deputy Clerk**