## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLORIDA STATE UNIVERSITY; AND THE FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES<br><br>    Plaintiffs,<br><br>        v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br> Case No.: 21-cv-10631-JHR |

## [PROPOSED] DISBURSEMENT ORDER

As called for by the Default Judgment Order (Dkt. 40) (Dkt. 54), the Clerk is directed to disburse:

The principal amount of Five Thousand dollars ($5,000.00), which is the amount of the bond called by the Court and posted by Plaintiffs on January 11, 2022 October 14, 2022;

Plus all applicable or earned interest,

To Plaintiffs' counsel:

Thoits Law, A Professional Corporation
400 Main St., #250
Los Altos, California 94022.

Within three (3) days of the entry of this Disbursement Order, Plaintiffs is are directed to provide a copy of this order, along with a copy of a Thoits Law Form W-9, to this Court's Financial Department at nysdml_financeadmin@nysd.uscourts.gov

Dated: April 14, 2023
New York, NY

_____
JENNIFER H. REARDEN
United States District Judge